1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7               FOR THE DISTRICT OF ARIZONA

8

9    Andrea Bella,                              No. CV-14-00444-PHX-ROS

10                        Plaintiff,            **ORDER**

11   v.

12   Arizona Eagle Air, et al.,

13                        Defendants.

14

15        The complaint in this case was filed March 5, 2014.  Summons were issued by the

16   Clerk on March 11, 2014, yet service has not been effected by Plaintiff.  On September

17   12, 2014, the Court ordered Plaintiff to file notice by September 19, 2014 showing good

18   cause why this case should not be dismissed for failure to prosecute, but Plaintiff did not

19   respond.

20        Accordingly,

21        **IT IS ORDERED** this case is dismissed without prejudice for failure to prosecute

22   pursuant to Rule 41(b), Federal Rules of Civil Procedure.

23        Dated this 1st day of October, 2014.

24

25

26        _____
          Honorable Roslyn O. Silver
27        Senior United States District Judge

28